IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEREMY GERALD,

    Petitioner,

v.                                         CASE NO. 4:06-cv-00305-MP-WCS

M. HICKS, WARDEN,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Amended Report and Recommendation of the Magistrate Judge, recommending that Petitioner's amended petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice for failure to exhaust state remedies. The Magistrate Judge filed the Report and Recommendation on Friday, September 22, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Court agrees with the Magistrate that Petitioner's § 2254 petition is premature because he "has not clarified the status of his appeal, nor has he demonstrated (or even alleged) that the appeal process has been completed." Petitioner must first properly exhaust state remedies before seeking federal habeas relief. Therefore, having considered the Report and Recommendation and lack of objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice, and the Clerk is directed to close this case.

**DONE AND ORDERED** this   *26th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge